**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-10375

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Jason Palermo and Sheila Palermo<br>  Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for WFMBS 2007-007<br>  Movant,<br>vs.<br>Jason Palermo and Sheila Palermo Debtors; Russell A. Brown, Trustee.<br>  Respondents. | No. 2:09-bk-07825-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #53)<br><br>earing Date: May 25, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated **effective July 26, 2010** as to Movant with respect to that certain real property which is subject of a Deed of Trust dated March 26, 2007, and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for WFMBS 2007-007 is the current beneficiary and Jason Palermo and Sheila Palermo have an interest in, further described as:

Lot 55, of NORTH BARINGTON, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 600 of Maps, Page 20 and Certificate of Amendment recorded as 2002-1125523, of Official Records.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

---

UNITED STATES BANKRUPTCY JUDGE